UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARY CATHERINE VAN BORTEL, a/k/a KITTY VAN BORTEL, and HOWARD G. VAN BORTEL,<br><br>            Plaintiff,<br><br>    -against-<br><br>FORD MOTOR COMPANY<br><br>            Defendant. | Case No. 21cv6739<br><br>**DEFENDANT FORD MOTOR COMPANY'S NOTICE OF PARTY WITH FINANCIAL INTEREST** |

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant Ford Motor Company ("Ford"), through counsel, hereby discloses that it does not have a parent corporation. There are publicly-traded corporations that may, from time to time, own more than 10% of Ford's stock as trustee or independent fiduciary for various employee plans. The most recent trustee owner in this capacity is State Street Corporation. The undersigned party understands that under Rule 7.1 of the Federal Rules of Civil Procedure, it must promptly file a supplemental statement upon any change in the information that this statement requires.

Dated: December 13, 2021
       New York, New York

                              Respectfully submitted,

                              AARONSON RAPPAPORT FESINTEIN & DEUTSCH, LLP

                              *Peter J. Fazio*
                              PETER J. FAZIO (PJF1211)
                              *Attorneys for Defendant*
                              FORD MOTOR COMPANY
                              600 Third Avenue
                              New York, New York 10016
                              Tel.: (212) 593-6700
                              Fax: (212) 593-6970

To: **<u>VIA ECF</u>**

Bellavia Blatt, P.C.
200 Old Country Road, Suite 400
Mineola, NY 11501
(516) 873-3000