**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

MARY CATHERINE VAN BORTEL, a/k/a KITTY VAN BORTEL, and HOWARD G. VAN BORTEL,

        Plaintiff,

-against-

FORD MOTOR COMPANY

        Defendant.

Case No. 21cv6739

**DEFENDANT FORD MOTOR COMPANY'S INDEX OF DOCUMEMTS PURSUANT TO LOCAL RULE 81(a) (A)**

Pursuant to Local Rule 81(a)(A) the following documents were filed in New York Supreme Court County of Monroe, index E2021/10285:

a) Summons and Complaint filed on November 15, 2021;

b) Amended Complaint filed on December 7, 2021;

c) Summons for Amended Complaint filed on December 9, 2021; and

d) Notice of Removal to United States District Court Western District of New York filed on December 13, 2021.

Dated: December 14, 2021
      New York, New York

               Respectfully submitted,

               AARONSON RAPPAPORT FESINTEIN & DEUTSCH, LLP

               *Peter J. Fazio*
               PETER J. FAZIO (PJF1211)
               *Attorneys for Defendant*
               FORD MOTOR COMPANY
               600 Third Avenue
               New York, New York 10016
               Tel.: (212) 593-6700
               Fax: (212) 593-6970

To: **VIA ECF**

Bellavia Blatt, P.C.
200 Old Country Road, Suite 400
Mineola, NY 11501
(516) 873-3000