UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
————————————————————————x

MARY CATHERINE VAN BORTEL a/k/a KITTY
VAN BORTEL, and HOWARD G. VAN
BORTEL,                                            **NOTICE OF MOTION**

                Plaintiffs,               Index No. 21-cv-6739 (DGL)

    - against -                              ORAL ARGUMENT REQUESTED

FORD MOTOR COMPANY,

                Defendant.
————————————————————————x

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, Declaration, and Exhibits, in Support of Defendant Ford Motor Company's pre-answer Motion to Dismiss, defendant FORD MOTOR COMPANY, a corporation, will move this Court at the United States Courthouse, 445 Broadway, Rochester, New York, on a date to be determined by the Court, for an order, pursuant to Fed. R. Civ. P. 12(b)(6), dismissing with prejudice the Amended Complaint against Ford Motor Company.

PLEASE TAKE NOTICE that, the Court has approved the following briefing schedule (see ECF Docket No.7 Text Order):

-Plaintiffs Opposition to be filed by March 3, 2022;

-Ford's Reply Brief to be filed by March 17, 2022; and

-Thereafter, the Court will review the papers to determine if argument is required.

Dated:    New York, New York
           February 3, 2022

                             *Peter J. Fazio*
                        BY:  Peter J. Fazio, Esq.
                        AARONSON RAPPAPORT FEINSTEIN &
                        DEUTSCH, LLP
                        Attorneys for defendant

FORD MOTOR COMPANY
Office & P.O. Address
600 Third Avenue
New York, NY 10016
(212) 593-5458
pjfazio@ardlaw.com

To: All Parties VIA ECF