# EXHIBIT C

 

THE LINCOLN
MOTOR COMPANY

**Ford Motor Company**
**Marketing, Sales and Service**

Retail Operations
16800 Executive Plaza Drive
Dearborn, MI 48126

September 1, 2021

Mary C. Van Bortel
Van Bortel Ford, Inc.
71 Marsh Road
East Rochester, NY 14445-1915

Dear Kitty:

We are prepared to consider you, as the Potential Assignee of Ford Motor Company's Right of First Refusal in regards to the proposed transaction involving Webster Ford, Inc. dba Henderson Ford, the authorized Ford dealership located in Webster, New York.

**Please be advised of the following requirements with regards to CONFIDENTIALITY AND NON-DISCLOSURE of Information:**

1. All related data pertaining to Henderson Ford, which includes the terms of any existing purchase or buy/sell agreement, is strictly confidential. All associated data is provided in response to your interest in fulfilling the purchaser's responsibilities in the event Ford Motor Company ("Ford") successfully completes its Right of First Refusal.

2. In the event you decide not to pursue the opportunity, or decide you are not interested, all information will be destroyed or returned to Ford.

3. You agree not to duplicate or share the information with others; and will keep this information strictly confidential.

Neither this letter nor any efforts you may or may not make to pursue such a transaction shall not, in any way, obligate either party to the above-mentioned transaction.

Sincerely,

*[signature]*

Paul Bucek, Regional Sales Manager

AGREED AND ACCEPTED:

*[signature: Mary C. Van Bortel]*
Mary C. Van Bortel

Date  9/1/2021

ROFR – Initial Confidentiality
GIS1: 7.06
GIS2 Classification: CONFIDENTIAL

Page 1 of 1
Template Revised: 3/19/2021
Retention Requirement: C+12