# EXHIBIT D

January 25, 2022 | 4:19 pm

**COVID-19 Vaccines**

Children ages 5+ are eligible for the COVID-19 vaccine and children ages 12+ are eligible for a booster. Parents and guardians: make sure your child gets vaccinated and stays up to date with all recommended doses.

VAX FOR KIDS ›

# Department of State
## Division of Corporations

## Entity Information

Return to Results    Return to Search

### Entity Details

**ENTITY NAME:** VAN BORTEL FORD, INC.
**FOREIGN LEGAL NAME:**
**ENTITY TYPE:** DOMESTIC BUSINESS CORPORATION
**SECTIONOF LAW:** 402 BCL - BUSINESS CORPORATION LAW
**DATE OF INITIAL DOS FILING:** 07/30/2001
**EFFECTIVE DATE INITIAL FILING:** 07/30/2001
**FOREIGN FORMATION DATE:**
**COUNTY:** ONTARIO
**JURISDICTION:** NEW YORK, UNITED STATES

**DOS ID:** 2665622
**FICTITIOUS NAME:**
**DURATION DATE/LATEST DATE OF DISSOLUTION:**
**ENTITY STATUS:** ACTIVE
**REASON FOR STATUS:**
**INACTIVE DATE:**
**STATEMENT STATUS:** PAST DUE DATE
**NEXT STATEMENT DUE DATE:** 07/31/2021
**NFP CATEGORY:**

**ENTITY DISPLAY**    NAME HISTORY    FILING HISTORY    MERGER HISTORY    ASSUMED NAME HISTORY

#### Service of Process Name and Address

**Name:** CHAMBERLAIN D'AMANDA OPPENHEIMER & GREENFIELD
**Address:** ATTN:CAROL S MAUE, 1600 CROSSROADS BLD 2 STATE ST, ROCHESTER, NY, UNITED STATES, 14614

#### Chief Executive Officer's Name and Address

**Name:** MARY CATHERINE VAN BORTEL
**Address:** 272 HIDDEN BROOK TRAIL, VICTOR, NY, UNITED STATES, 14564

#### Principal Executive Office Address

**Address:** 71 MARSH RD, EAST ROHESTER, NY, UNITED STATES, 14445

#### Registered Agent Name and Address

**Name:**
**Address:**

#### Entity Primary Location Name and Address

**Name:**
**Address:**

**Farmcorpflag**

**Is The Entity A Farm Corporation:** NO

Stock Information

| Share Value | Number Of Shares | Value Per Share |
|---|---|---|
| NO PAR VALUE | 1,000 | $0.00 |