EXHIBIT "C"

MONROE COUNTY CLERK'S OFFICE                    THIS IS NOT A BILL. THIS IS YOUR RECEIPT.

Receipt # 2929201

Book   Page   CIVIL

Return To:                                      No. Pages: 3
PETER JOSEPH FAZIO
600 3RD AVE                                     Instrument: MISCELLANEOUS DOCUMENT
NEW YORK, NY 10016

Control #:       202112131202
Index #:         E2021010285

Date: 12/13/2021

Van Bortel, Mary Catherine                      Time: 8:05:48 PM
Van Bortel, Howard G.

Ford Motor COmpany

Total Fees Paid:                    $0.00

Employee:

State of New York

MONROE COUNTY CLERK'S OFFICE
WARNING – THIS SHEET CONSTITUTES THE CLERKS
ENDORSEMENT, REQUIRED BY SECTION 317-a(5) &
SECTION 319 OF THE REAL PROPERTY LAW OF THE
STATE OF NEW YORK. DO NOT DETACH OR REMOVE.

JAMIE ROMEO

MONROE COUNTY CLERK

**SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF MONROE**

MARY CATHERINE VAN BORTEL, a/k/a KITTY VAN BORTEL, and HOWARD G. VAN BORTEL,

Index No.: E2021/10285

**NOTICE OF REMOVAL TO FEDERAL COURT**

Plaintiffs,

- against -

FORD MOTOR COMPANY,

Defendant.

**PLEASE TAKE NOTICE** that on December 13, 2021, without submitting to the jurisdiction of this Court and without waiving any available defenses, Defendant **FORD MOTOR COMPANY**, by counsel and pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, filed a Notice of Removal of the above-captioned civil action to the United States District Court for the Western District of New York, 21-cv-6739. A true and correct copy of the Notice of Removal filed in the United States District Court is attached as **Exhibit A** and is served herewith.

PLEASE TAKE FURTHER NOTICE that, pursuant to 28 U.S.C. § 1446, the filing of said Notice effects the removal of this action to the federal court, and this Court is directed to "proceed no further unless and until the case is remanded." 28 U.S.C. § 1446(d).

Dated: New York, New York
December 13, 2021

*Peter J. Fazio*
BY: Peter J. Fazio, Esq.
AARONSON RAPPAPORT FEINSTEIN & DEUTSCH, LLP
Attorneys for Defendant
FORD MOTOR COMPANY
Office & P.O. Address
600 Third Avenue
New York, NY 10016

1

                                                    212-593-5458

To:    Bellavia Blatt, P.C.
        200 Old Country Road, Suite 400
        Mineola, NY 11501
        (516) 873-3000